**5**

**CHIN YIK CHAR, Appellant, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
March 3, 1928.

Rehearing Denied March 31, 1928.

No. 5061.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Hugh S. Suthon, of New Orleans, La., for appellant.

W. G. Borah, U. S. Atty., and E. E. Talbot, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order or decree appealed from is affirmed.